AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Richard Gutowski

)
)  Case: 1:24-mj-00250
)  Assigned to: Judge Faruqui, Zia M.
)  Assign Date: 8/13/2024
)  Description: COMPLAINT W/ ARREST WARRANT
)
)

*Defendant*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Richard Gutowski
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds,
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds,
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building,
40 U.S.C. § 5104(e)(2)(G)- Parading, Picketing, and Demonstrating in a Capitol Building.

Date: 08/13/2024

Zia M. Faruqui
*Issuing officer's signature*

City and state:   Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 8/13/24, and the person was arrested on *(date)* 9/13/24
at *(city and state)* Defiance, OH

Date: 9/16/24

C. Smith
*Arresting officer's signature*

Chad Smith / Deputy US Marsh
*Printed name and title*